not us. *Olds v. Treasurer, State of Missouri,* 864 S.W.2d 406, 408[4] (Mo.App.E.D.1993). We may not substitute our judgment for that of the Commission on credibility issues. *Schneider v. Ashburn/Schneider Painting,* 849 S.W.2d 271, 274[7] (Mo.App.E.D.1993). Emerson cannot circumvent those precepts by camouflaging the credibility issue as a question of fraud.

Applying the firmly-entrenched principles set forth in the two preceding paragraphs, we hold the Commission's award is supported by competent and substantial evidence on the whole record, that no error of law appears, and that an opinion recounting the evidence would have no precedential value. We therefore affirm the Commission's award in compliance with Rule 84.16(b)(4) and (5).

GARRISON, P.J., and PARRISH, J., concur.

Before GRIMM, C.J., and REINHARD and CARL R. GAERTNER, JJ.

PER CURIAM.

Movant pled guilty to selling cocaine in violation of § 195.211, RSMo 1986. Pursuant to a plea bargain, he was sentenced as a prior drug offender to ten years in prison.

Movant filed a Rule 24.035 motion and the motion court conducted an evidentiary hearing. Thereafter, the motion court filed findings of fact, conclusions of law, and entered judgment denying the motion.

The motion court's judgment is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value. Rule 84.16(b).

The motion court's judgment is affirmed.

---

**Orlando MONDAINE, Plaintiff/Appellant,**

v.

**STATE of Missouri,**
**Defendant/Respondent.**

No. 66023.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 1995.

Application to Transfer Denied
April 25, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

---

**Lewis WATKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 65918.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 1995.

Application to Transfer Denied
April 25, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.